**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| HEATHER JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-23-0567-HE |
| | ) | |
| KILOLO KIJAKAZI, Commissioner of the Social Security Administration | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff Heather Jackson filed this case for judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability benefits.  Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings.  The parties fully briefed the matter, and Judge Erwin has issued a Report and Recommendation recommending that the Commissioner's decision be affirmed.

The Report advised plaintiff of her right to object to the report by December 13, 2023.  Plaintiff has not objected to the Report, thereby waiving her right to appellate review of the factual and legal issues it addressed.  Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #12].  The Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated this 20th day of December, 2023.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE